**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Manuela Noriega-Cuevas, | )<br>) |
| Plaintiff, | ) No. CIV 24-434-TUC-CKJ<br>) |
| v. | ) **ORDER**<br>) |
| Ur Jaddou, et al., | )<br>) |
| Defendants. | )<br>) |

Plaintiff has filed a Notice of Dismissal (Doc. 7) and requests this Court dismiss the instant proceeding with prejudice, with all parties to bear their own fees and costs, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) ("plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"). The Court confirms the dismissal.

Accordingly, IT IS ORDERED:

1. This case is DISMISSED WITH PREJUDICE.
2. The parties are to bear their own attorneys' fees and costs.
3. The Clerk of Court shall close its file in this matter.

DATED this 3rd day of January, 2025.

_Cindy K. Jorgenson_
Cindy K. Jorgenson
United States District Judge